

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carly Heck, an individual; Sara Lund, an individual; Ally Ortanez, an individual<br><br>Plaintiff,<br><br>V.<br><br>Heavenly Couture, Inc.<br><br>Defendant. | Civil Action No. 17-cv-00168-CAB-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion to dismiss is Granted Without Leave To Amend and the motion to compel arbitration is Denied As Moot. The Clerk of the Court shall Close the case.

Date: 10/6/17

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

J. Gutierrez, Deputy